UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JS INTERNATIONAL SHIPPING CORP., | No. C04-0990 JCS |
| Plaintiff(s), | **ORDER OF DISMISSAL** |
| v. | |
| COVENANT TRANSPORT, INC., ET AL., | |
| Defendant(s). | |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: April 29, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge